**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jonathan Ron, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FKA  Jonathan Ron Brielle, Inc.<br>FKA  Jonathan Ron Circle, Inc.<br>DBA  Jonathan Ron Liquors<br>DBA  JR's Bev. Co. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-2884783 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1801 Highway 35 North**<br>**Wall, NJ 07719**<br>Number, Street, City, State & ZIP Code | **1801 Highway 35 North**<br>**Wall, NJ 07719**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Monmouth**<br>County | **Location of principal assets, if different from principal place of business**<br>**1801 Highway 35 Wall, NJ 07719**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Jonathan Ron, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Jonathan Ron, Inc.**
     Name

Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

    ■ **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor    **Jonathan Ron, Inc.**
Name                                                                Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Jonathan Ron, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**
MM / DD / YYYY

**X** **/s/ Dilip M. Shah**                                          **Dilip M. Shah**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Eugene D. Roth**                              Date **March 24, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Eugene D. Roth**
Printed name

**Law Office of Eugene D. Roth**
Firm name

**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone  **732-292-9288**          Email address  **erothesq@gmail.com**

**4239 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Jonathan Ron, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF NEW JERSEY**

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **List of Equity Security Holders
Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**          X **/s/ Dilip M. Shah**
                                                Signature of individual signing on behalf of debtor

                                                **Dilip M. Shah**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jonathan Ron, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied Beverage Group, LLC c/o King,Kitrick,Jackson,McWeeney&Wells 2329 Route 34 South Suite 104 Manasquan, NJ 08736** | | **Liquor Purchases** | | | | $322,199.30 |
| **Atlantic Systems Inc 1720 Route 34 North Belmar, NJ 07719** | | **Liquor Purchases** | | | | $1,559.52 |
| **Atlantic Systems Inc 1720 Route 34 North Belmar, NJ 07719** | | **Liquor Purchases** | | | | $1,559.52 |
| **CFG Merchant Solutions, LLC 180 Maiden Lane 15th Floor New York, NY 10038** | | **Business Loan against Accounts Receivables** | | $53,280.00 | $0.00 | $53,280.00 |
| **Fedway Associates, Inc. c/o Raff Masone & Weeks, P.A. 1083 Avenue C Bayonne, NJ 07002** | | **Inventory (Beer, Wine and Liquor)** | | $62,232.78 | $85,000.00 | $14,870.39 |
| **Heartland Payment Systems 1 Heartland Way Jeffersonville, IN 47130** | | **Credit Card Processing Fees** | | | | $3,392.11 |
| **Itria Ventures LLC c/o Seidman & Pincus LLC 777 Terrace Avenue, Suite 508 Hasbrouck Heights, NJ 07604** | | **Business Loan against Accounts Receivables** | | $75,925.12 | $0.00 | $75,925.12 |

Debtor  **Jonathan Ron, Inc.**                                                    Case number *(if known)*  _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kevin Neal 306 15th Ave Belmar, NJ 07719** | | **Wage and hour Complaint** | **Unliquidated Disputed** | | | **$0.00** |
| **Monera Capital Group, LLC 1395 Brickell Ave Suite 800 Miami, FL 33131** | | **Business Loan against Accounts Receivables** | | **$65,000.00** | **$0.00** | **$65,000.00** |
| **New Jersey Division of Taxation PO Box 245 Trenton, NJ 08695-0245** | | **Sales Taxes from 10/2018 through 10/2022** | | | | **$177,549.28** |
| **Specialty Capital LLC 6860 Austin Street Suite 603 Forest Hills, NY 11375** | | **Business Loan against Accounts Receivables** | | **$82,650.00** | **$0.00** | **$82,650.00** |
| **WBSC Partners LLC 625 West Ridge Pike Building A, Suite 100 Conshohocken, PA 19428** | | **Rental Arrears** | | | | **$118,059.94** |
| **Wine Outlet Brick, LLC c/o Stone Mandia LLP 685 Neptune Blvd. Neptune City, NJ 07753** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Wine Outlet Wall Township, LLC c/o Stone Mandia LLC 685 Neptune Blvd Neptune City, NJ 07753** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name   **Jonathan Ron, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    **5,196,587.58**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $    **5,196,587.58**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **526,725.51**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **177,549.28**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **446,770.39**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

| $ | **1,151,045.18** |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Jonathan Ron, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank, N.A.** | **Checking** | **1801** | $989.00 |
| 3.2. | **HSBC Bank USA** | **Checking** | **3363** | $0.00 |
| 3.3. | **Heartland Payment Systems** | **Payment Processing** | **6033** | $31,054.53 |
| 3.4. | **HSBC Bank USA** | **Checking** | **2804** | $0.00 |
| 3.5. | **HSBC Bank USA** | **Checking** | **3452** | $0.00 |
| 3.6. | **HSBC Bank USA** | **Checking** | **3479** | $25.05 |

| Debtor | **Jonathan Ron, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **TD Bank, N.A.** | **Checking** | 1794 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 3.8. | **TD Bank, N.A.** | **Checking** | 1819 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                    $32,068.58
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:           **0.00**     -        **0.00**  = ....           $0.00
                            face amount         doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                                    $0.00
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale Inventory (Beer, Wine and Liquor)** | 03/20/2023 | $0.00 | Recent cost | $85,000.00 |

| Debtor | __Jonathan Ron, Inc.__ | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$85,000.00

24.  **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Camera System and Computer Server** | $0.00 | Recent cost | $3,500.00 |
| **Refrigeration** | $0.00 | | $50,000.00 |
| **Wine Rack Equipment** | $0.00 | | $20,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$73,500.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

Debtor    **Jonathan Ron, Inc.**_____    Case number *(If known)* _____
Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2010 Chevrolet Cargo Van Model 1500 | $0.00 | Kelly Blue Book | $6,019.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                         | $6,019.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |

Debtor   **Jonathan Ron, Inc.**                                    Case number *(If known)* _____
         Name

| Liquor License No.: 1352-32-007-004 | $0.00 | Comparable sale | $3,000,000.00 |
|---|---|---|---|

| Liquor License No.: 1308-44-007-004 | $0.00 | Comparable sale | $2,000,000.00 |
|---|---|---|---|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                    | $5,000,000.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Jonathan Ron, Inc.**
      Name

Case number *(If known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,068.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $85,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $73,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,019.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,196,587.58 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,196,587.58 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Jonathan Ron, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American B.D. Company**<br>Creditor's Name<br>**c/o Mitchell J. Malzberg, LLC**<br>**6 E. Main Street, Suite 7**<br>**Clinton, NJ 08809**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Inventory (Beer, Wine and Liquor)** | **$37,637.61** | **$85,000.00** |
| | **Describe the lien**<br>**Docketed Judgment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**12/01/2022**<br>**Last 4 digits of account number**<br>**6222** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. American B.D. Company**<br>**2. Fedway Associates, Inc.** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **CFG Merchant Solutions, LLC**<br>Creditor's Name<br>**180 Maiden Lane**<br>**15th Floor**<br>**New York, NY 10038**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Business Loan against Accounts Receivables** | **$53,280.00** | **$0.00** |
| | **Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| Creditor's email address, if known | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**07/22/2022**<br>**Last 4 digits of account number** | | | |

| Debtor | **Jonathan Ron, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**1050**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Fedway Associates, Inc.** | **Describe debtor's property that is subject to a lien** | $62,232.78 | $85,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Inventory (Beer, Wine and Liquor)** | | |

**c/o Raff Masone & Weeks, P.A.**
**1083 Avenue C**
**Bayonne, NJ 07002**
Creditor's mailing address

**Describe the lien**
**Docketed Judgment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/07/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7522**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Itria Ventures LLC** | **Describe debtor's property that is subject to a lien** | $75,925.12 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Business Loan against Accounts Receivables** | | |

**c/o Seidman & Pincus LLC**
**777 Terrace Avenue, Suite 508**
**Hasbrouck Heights, NJ 07604**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/17/2022**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6622**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.5 | **Monera Capital Group, LLC** | **Describe debtor's property that is subject to a lien** | $65,000.00 | $0.00 |
|---|---|---|---|---|

Debtor  **Jonathan Ron, Inc.**
_____
Name                                                            Case number *(if known)* _____

Creditor's Name
**1395 Brickell Ave**
**Suite 800**
**Miami, FL 33131**
Creditor's mailing address

**Business Loan against Accounts Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/07/2022**
**Last 4 digits of account number**
**6602**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Specialty Capital LLC** |
|---|---|

Creditor's Name
**6860 Austin Street**
**Suite 603**
**Forest Hills, NY 11375**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $82,650.00        $0.00
**Business Loan against Accounts Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/10/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **United States Small Business Administrat** |
|---|---|

Creditor's Name

**2 North 20th Street**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $150,000.00        $0.00

**Describe the lien**
**EIDL Loan and UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/19/2020**
**Last 4 digits of account number**
**7410**

---

| Debtor | **Jonathan Ron, Inc.** | | Case number (if known) | |
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$526,725.51**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **American B.D. Company d/b/a OPICI Family Distributing 25 De Boar Drive Glen Rock, NJ 07452** | Line  **2.1** | |
| **Fedway Associates PO Box 651 Basking Ridge, NJ 07920-0651** | Line  **2.3** | |
| **Itria Ventures, LLC One Penn Plaza Suite 3010 New York, NY 10019** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name __Jonathan Ron, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$177,549.28** | **$177,549.28** |

| 2.1 | Priority creditor's name and mailing address<br>**New Jersey Division of Taxation**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred _____

Basis for the claim:
**Sales Taxes from 10/2018 through 10/2022**

Last 4 digits of account number **4783**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Allied Beverage Group, LLC**<br>**c/o King,Kitrick,Jackson,McWeeney&Wells**<br>**2329 Route 34 South**<br>**Suite 104**<br>**Manasquan, NJ 08736** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$322,199.30** |

Date(s) debt was incurred __12/28/2021__

Basis for the claim: __Liquor Purchases__

Last 4 digits of account number **9236**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**Atlantic Systems Inc**<br>**1720 Route 34 North**<br>**Belmar, NJ 07719** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,559.52** |
|---|---|---|---|

Date(s) debt was incurred _

Basis for the claim: __Liquor Purchases__

Last 4 digits of account number **6284**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Jonathan Ron, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.3

**Nonpriority creditor's name and mailing address**
Atlantic Systems Inc
1720 Route 34 North
Belmar, NJ 07719

Date(s) debt was incurred _

Last 4 digits of account number  6283

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liquor Purchases

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,559.52**

### 3.4

**Nonpriority creditor's name and mailing address**
Heartland Payment Systems
1 Heartland Way
Jeffersonville, IN 47130

Date(s) debt was incurred _

Last 4 digits of account number  6033

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Processing Fees

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,392.11**

### 3.5

**Nonpriority creditor's name and mailing address**
Kevin Neal
306 15th Ave
Belmar, NJ 07719

Date(s) debt was incurred _

Last 4 digits of account number  1041

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Wage and hour Complaint

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

### 3.6

**Nonpriority creditor's name and mailing address**
WBSC Partners LLC
625 West Ridge Pike
Building A, Suite 100
Conshohocken, PA 19428

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rental Arrears

Is the claim subject to offset? ■ No  ☐ Yes

**$118,059.94**

### 3.7

**Nonpriority creditor's name and mailing address**
Wine Outlet Brick, LLC
c/o Stone Mandia LLP
685 Neptune Blvd.
Neptune City, NJ 07753

Date(s) debt was incurred _

Last 4 digits of account number  0222

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

### 3.8

**Nonpriority creditor's name and mailing address**
Wine Outlet Wall Township, LLC
c/o Stone Mandia LLC
685 Neptune Blvd
Neptune City, NJ 07753

Date(s) debt was incurred _

Last 4 digits of account number  0522

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Jonathan Ron, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allied Beverage Group, LLC<br>700 Kapkowski Road<br>Elizabeth, NJ 07201** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **WBSC Partners LLC<br>c/o Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave, N.W.<br>Washington, DC 20037** | Line  **3.6**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 177,549.28 |
| 5b. Total claims from Part 2 | 5b. + | $ | 446,770.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 624,319.67 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Jonathan Ron, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | | **WBSC Partners LLC** |
| | | | **625 West Ridge Pike** |
| | List the contract number of any government contract | _____ | **Building A, Suite 100** |
| | | | **Conshohocken, PA 19428** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract of Sale for Liquor License No.: 1308-44-007-004 subject of pending litigation Superior Court of New Jersey, Monmouth County, under Docket No.: MON-C-102-22, Wine Outlet  Brick, LLC v. Jonathan Ron Inc. and Dilip M. Shah** | |
| | State the term remaining | | **Wine Outlet Brick, LLC** |
| | | | **c/o Stone Mandia LLP** |
| | List the contract number of any government contract | _____ | **685 Neptune Blvd.** |
| | | | **Neptune City, NJ 07753** |

| Debtor 1 | **Jonathan Ron, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Disputed Contract of Sale for Liquor License No.: 1352-32-007-004 subject of pending litigation Superior Court of New Jersey, Monmouth County, under Docket No.: MON-C-105-22, Wine Outlet Wall Township, LLC v. Jonathan Ron Inc. and Dilip M. Shah** | |
|---|---|---|---|
| | State the term remaining | | **Wine Outlet Wall Township, LLC c/o Stone Mandia LLC 685 Neptune Blvd Neptune City, NJ 07753** |
| | List the contract number of any government contract | | |

# United States Bankruptcy Court
### District of New Jersey

In re    **Jonathan Ron, Inc.**                                          Case No. _____

Debtor(s)                   Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dilip M. Shah**<br>**33 Brandywine Road**<br>**Ocean, NJ 07712** | | | **50% Ownership Interest** |
| **Latta D. Shah**<br>**33 Brandywine Road**<br>**Ocean, NJ 07712** | | | **50% Ownership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 24, 2023**                          Signature    **/s/ Dilip M. Shah**

                                                                **Dilip M. Shah**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re    Jonathan Ron, Inc.                                    Case No.

                                    Debtor(s)        Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 24, 2023                    /s/ Dilip M. Shah
                                 Dilip M. Shah/President
                                 Signer/Title

Allied Beverage Group, LLC
c/o King,Kitrick,Jackson,McWeeney&Wells
2329 Route 34 South
Suite 104
Manasquan, NJ 08736


Allied Beverage Group, LLC
700 Kapkowski Road
Elizabeth, NJ 07201


American B.D. Company
c/o Mitchell J. Malzberg, LLC
6 E. Main Street, Suite 7
Clinton, NJ 08809


American B.D. Company
d/b/a OPICI Family Distributing
25 De Boar Drive
Glen Rock, NJ 07452


Atlantic Systems Inc
1720 Route 34 North
Belmar, NJ 07719


Atlantic Systems Inc
1720 Route 34 North
Belmar, NJ 07719


CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038


Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712


Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712


Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712

Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712


Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712


Fedway Associates
PO Box 651
Basking Ridge, NJ 07920-0651


Fedway Associates, Inc.
c/o Raff Masone & Weeks, P.A.
1083 Avenue C
Bayonne, NJ 07002


Heartland Payment Systems
1 Heartland Way
Jeffersonville, IN 47130


Itria Ventures LLC
c/o Seidman & Pincus LLC
777 Terrace Avenue, Suite 508
Hasbrouck Heights, NJ 07604


Itria Ventures, LLC
One Penn Plaza
Suite 3010
New York, NY 10019


Kevin Neal
306 15th Ave
Belmar, NJ 07719


Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712


Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712

Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712


Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712


Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712


Monera Capital Group, LLC
1395 Brickell Ave
Suite 800
Miami, FL 33131


New Jersey Division of Taxation
PO Box 245
Trenton, NJ 08695-0245


Specialty Capital LLC
6860 Austin Street
Suite 603
Forest Hills, NY 11375


United States Small Business Administrat
2 North 20th Street
Birmingham, AL 35203


WBSC Partners LLC
625 West Ridge Pike
Building A, Suite 100
Conshohocken, PA 19428


WBSC Partners LLC
c/o Hunton Andrews Kurth LLP
2200 Pennsylvania Ave, N.W.
Washington, DC 20037


WBSC Partners LLC
625 West Ridge Pike
Building A, Suite 100
Conshohocken, PA 19428

```
Wine Outlet Brick, LLC
c/o Stone Mandia LLP
685 Neptune Blvd.
Neptune City, NJ 07753


Wine Outlet Brick, LLC
c/o Stone Mandia LLP
685 Neptune Blvd.
Neptune City, NJ 07753


Wine Outlet Wall Township, LLC
c/o Stone Mandia LLC
685 Neptune Blvd
Neptune City, NJ 07753


Wine Outlet Wall Township, LLC
c/o Stone Mandia LLC
685 Neptune Blvd
Neptune City, NJ 07753
```

# United States Bankruptcy Court
### District of New Jersey

In re    **Jonathan Ron, Inc.** _____    Case No. _____

                                    Debtor(s)               Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Jonathan Ron, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dilip M. Shah
33 Brandywine Road
Ocean, NJ 07712**
_____

**Latta D. Shah
33 Brandywine Road
Ocean, NJ 07712**
_____


☐ None [*Check if applicable*]


**March 24, 2023**
_____           **/s/ Eugene D. Roth**
Date                                _____

                                    **Eugene D. Roth**
                                    Signature of Attorney or Litigant
                                    Counsel for ___**Jonathan Ron, Inc.**___
                                    **Law Office of Eugene D. Roth
                                    2520 Highway 35, Suite 307
                                    Manasquan, NJ 08736
                                    732-292-9288 Fax:732-292-9303
                                    erothesq@gmail.com**