UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: JONATHAN RON INC. | § § § § | Case No. 23-12418 |
| Debtor(s) | | ☐ Jointly Administered |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025

Petition Date: 03/24/2023

Plan Confirmed Date: 01/10/2025

Plan Effective Date: 01/10/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

⦾ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

_____
Signature of Responsible Party

07/07/2025
Date

Ronak Shah, Manager
Printed Name of Responsible Party

331 NewmanSprings Road, Building 3, Suite 290, Red Bank NJ 077701
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021) - Mac                    1

Debtor's Name JONATHAN RON INC.                                               Case No. 23-12418

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $11,594 | $110,926 | $11,382 | $16,382 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Eugene Roth | Lead Counsel | $11,594 | $110,926 | $11,382 | $16,382 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name JONATHAN RON INC.

Case No. 23-12418

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name JONATHAN RON INC.                                    Case No. 23-12418

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $59,538 | $0 | $5,000 |
| | Itemized Breakdown by Firm | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Larry Shapiro | Special Counsel | $0 | $11,022 | $0 | $5,000 |
| | ii | WSBC Partners LLC | Other | $0 | $48,516 | $0 | $0 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021) - Mac                    4

Debtor's Name JONATHAN RON INC.                                    Case No. 23-12418

|     |     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- |
| vii |     |     |     |     |     |     |
| viii |     |     |     |     |     |     |
| ix  |     |     |     |     |     |     |
| x   |     |     |     |     |     |     |
| xi  |     |     |     |     |     |     |
| xii |     |     |     |     |     |     |
| xiii |     |     |     |     |     |     |
| xiv |     |     |     |     |     |     |
| xv  |     |     |     |     |     |     |
| xvi |     |     |     |     |     |     |
| xvii |     |     |     |     |     |     |
| xviii |     |     |     |     |     |     |
| xix |     |     |     |     |     |     |
| xx  |     |     |     |     |     |     |
| xxi |     |     |     |     |     |     |
| xxii |     |     |     |     |     |     |
| xxiii |     |     |     |     |     |     |
| xxiv |     |     |     |     |     |     |
| xxv |     |     |     |     |     |     |
| xxvi |     |     |     |     |     |     |
| xxvii |     |     |     |     |     |     |
| xxviii |     |     |     |     |     |     |
| xxix |     |     |     |     |     |     |
| xxx |     |     |     |     |     |     |
| xxxi |     |     |     |     |     |     |
| xxxii |     |     |     |     |     |     |
| xxxiii |     |     |     |     |     |     |
| xxxiv |     |     |     |     |     |     |
| xxxv |     |     |     |     |     |     |
| xxxvi |     |     |     |     |     |     |
| xxxvii |     |     |     |     |     |     |
| xxxvii |     |     |     |     |     |     |
| xxxix |     |     |     |     |     |     |
| xl  |     |     |     |     |     |     |
| xli |     |     |     |     |     |     |
| xlii |     |     |     |     |     |     |
| xliii |     |     |     |     |     |     |
| xliv |     |     |     |     |     |     |
| xlv |     |     |     |     |     |     |
| xlvi |     |     |     |     |     |     |
| xlvii |     |     |     |     |     |     |
| xlviii |     |     |     |     |     |     |

Debtor's Name JONATHAN RON INC.                                              Case No. 23-12418

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021) - Mac                             6

Debtor's Name JONATHAN RON INC.  Case No. 23-12418

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xci |  |  |  |  |  |  |
| xcii |  |  |  |  |  |  |
| xciii |  |  |  |  |  |  |
| xciv |  |  |  |  |  |  |
| xcv |  |  |  |  |  |  |
| xcvi |  |  |  |  |  |  |
| xcvii |  |  |  |  |  |  |
| xcviii |  |  |  |  |  |  |
| xcix |  |  |  |  |  |  |
| c |  |  |  |  |  |  |
| ci |  |  |  |  |  |  |

c. All professional fees and expenses (debtor & committees)  $0

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $158,870 | $0 | $0 | $0 | 0% |
| b. Secured claims | $587,347 | $0 | $0 | $0 | 0% |
| c. Priority claims | $1,567 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $871,411 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 |  |  |

## Part 4: Questionnaire

a. Is this a final report?   Yes ○   No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

UST Form 11-PCR (12/01/2021) - Mac       7

Debtor's Name JONATHAN RON INC.  Case No. 23-12418

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

_/s/ Ronak Shah_
Signature of Responsible Party

Manager
Title

Ronak Shah
Printed Name of Responsible Party

07/07/2025
Date

Debtor's Name JONATHAN RON INC.                                      Case No. 23-12418


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021) - Mac               9

Debtor's Name JONATHAN RON INC.    Case No. 23-12418


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) - Mac    10